1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff(s), )<br><br>vs. )<br><br>MARIA LANDIN HERNANDEZ, )<br><br>Defendant(s). )<br>_____ ) | Case No. 2:15-mj-00767-NJK<br><br>ORDER |

11
12
13
14
15
16      Pending before the Court is a motion for medical treatment.  Docket No. 20.  The Government

17   shall file a response to that motion no later than October 14, 2015.

18      IT IS SO ORDERED.

19      DATED: October 13, 2015

20
21                                                  _____
                                                   NANCY J. KOPPE
22                                                   United States Magistrate Judge
23
24
25
26
27
28