1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-mj-00767-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MARIA LANDIN HERNANDEZ, | ) | |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is a motion for medical treatment.  Docket No. 20.  The Government has filed a non-opposition.  Docket No. 22.  For good cause, shown, the motion is hereby GRANTED.

IT IS SO ORDERED.

DATED: October 14, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge